**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
**Trademark Trial and Appeal Board**
2900 Crystal Drive
Arlington, Virginia 22202-3513

Serial Nos. 75/313,795 and
75/313,796

August 19, 2003

In re Cell Therapeutics, Inc.

**PLEASE NOTE:**

The final decision of the Board issued August 7, 2003 was designated "not citable as precedent of the T.T.A.B." Upon further consideration, the Board has decided to designate this decision and opinion as "citable as precedent of the T.T.A.B." It will be published in due course.

Attached is a copy of the decision, reflecting the re-designation as a citable precedent. Note also the following correction to the decision:

On page 15, line 10, the word "applicant" has been substituted for the words "the examining attorney".

The time for requesting reconsideration or for filing an appeal from the Board's decision will continue to run from the issue date of the decision, August 7, 2003.

J. David Sams
Chief Administrative Trademark Judge
Trademark Trial and Appeal Board